AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   8:26MJ219 |
| | ) | |
| JOSE VALENCIANO-MORENO | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 15, 2026___ in the county of ___Lancaster___ in the ___ District of ___Nebraska___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Anthony P. Gayden, ERO  Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: __5/27/2026__

_____
*Judge's signature*

City and state:    Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF INVESTIGATION    )
OF JOSE VALENCIANO-MORENO    )    AFFIDAVIT OF Anthony P. Gayden
    )

Anthony P. Gayden, being first duly sworn, hereby states that:

1.      Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over sixteen (16) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2.      Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016.  In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3.      Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4.      This affidavit is being made in support of a criminal complaint and arrest warrant charging **Jose VALENCIANO-Moreno**, (hereafter referred to as Defendant) with violations of 8 U.S.C. § 1326(a), reentry of removed aliens.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge or investigation into this matter.

5.      Defendant came to the attention of the ICE ERO Omaha Fugitive Operations team while searching the Nebraska Court system for at-large leads. Defendant was charged with suspended license, no proof of financial responsibility, and improper registration in Lincoln, NE on April 15, 2026. He was scheduled to attend court in Lancaster County, NE on May 15, 2026, at 1:30pm.

6.      Biographic checks of Defendant's name and date of birth showed that he is a citizen of Mexico with an expedited removal order and eight previous removals from the U.S. to Mexico. Defendant has criminal convictions for assault causing bodily injury, illegal entry, DUI, and hit and run. No record of legal immigration status was found.

7.      ICE officers Anthony Gayden, Nolan Darnell, and Zac Smith performed surveillance on May 15, 2026, at the address 1025 A Street in Lincoln, NE. VALENCIANO-Moreno listed this address as his residence on his most recent traffic citations. Officers observed a Black 4-door Nissan Altima parked in the alley behind the residence. Defendant had received his most recent traffic citations in a vehicle that matched that description, with no license plates. Officers were able to verify that it was the same vehicle by reading the VIN number through the front windshield.

1

8.    At approximately 3:00pm, Officers observed an individual matching the description of Defendant exit the residence and enter the vehicle with a female and young child. After departing the residence, officers followed the vehicle to the intersection of 13th and A streets in Lincoln and performed a vehicle stop.

9.    During the vehicle stop, all officers identified themselves and questioned Defendant about his citizenship status. Defendant freely admitted to being a citizen of Mexico who entered the U.S. illegally. ICE placed Defendant under arrest.

10.    Officers transported him to the Omaha ICE ERO office for processing. At the office, biometric checks of his fingerprints confirmed his identity.

11.    Defendant's, fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS).  The IAFIS system compared Defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that Defendant had been arrested by DHS previously.

12.    As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 095 748 636) relating to this Defendant, **Jose VALENCIANO-Moreno.**

13.    The Defendant's alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Mexico who was last removed from the United States to Mexico, on January 28, 2023, pursuant to a final removal order on July 21, 2011, in San Ysidro, CA.

14.    A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of the Defendant.

15.    Affiant believes there is probable cause that Defendant is in violation of Title 8, United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Anthony P. Gayden, Deportation Officer
Immigration and Customs Enforcement
Affiant

Sworn to before me by telephone or other reliable electronic means:

Date:  May 27, 2026

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge

2